UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**TERRY NEELEY,**

        **Plaintiff,**

**v.**                                                                Case No. 15-CV-883

**UNITED STATES OF AMERICA,**

        **Defendant.**

## ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice, with the parties bearing their own costs and fees.

Dated this 22nd day of June, 2016.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge